IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHITA HAWKINS, Plaintiff, | : : : : | CIVIL ACTION |
| vs. | : : | |
| CNS CLEANING COMPANY and ZENTIS NORTH AMERICA, LLC Defendants. | : : : | No. 21-5626 |

## ORDER

**AND NOW,** this 4th day of April, 2023, upon careful consideration of the Motions for Summary Judgment by Defendant CNS Cleaning Company (ECF Doc. No. 34) and Defendant Zentis North America, LLC (ECF Doc. No. 33), both of Plaintiff's responses (ECF Doc. Nos. 38, 39) and Defendant Zentis North America, LLC's reply brief, and any exhibits attached thereto, it is here by **ORDERED as follows**:

1. Defendant CNS Cleaning Company's Motion for Summary Judgment (ECF No. 34) is **GRANTED.**

2. Defendant Zentis North America, LLC's Motion for Summary Judgment (ECF No. 33) is **GRANTED.**

3. Judgment is **ENTERED** in favor of Defendants and against Plaintiff Rachita Hawkins on all claims.

4. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

_s/Pamela A. Carlos_____
PAMELA A. CARLOS
U.S. Magistrate Judge